

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 17, 2023

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *United States v. Donald Pegues*, 23 Cr. 86 (PAC)

Dear Judge Crotty:

The Government respectfully requests that the time between today and the arraignment scheduled for March 1, 2023 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendant was indicted on February 14, 2023, *see* ECF No. 6, and the Court has scheduled the arraignment and initial conference for March 1, 2023. While it is the Government's position that the Speedy Trial clock does not begin to run until the date the defendant is arraigned, out of an abundance of caution, the Government seeks the proposed exclusion between today and the date of arraignment. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review such discovery, and the parties an opportunity to discuss the possibility of pretrial resolutions of this case. The Government has reached out to defense counsel regarding its position on this matter but has not received any response.

*[Handwritten note: Time is excluded SJ is in the interest of justice to do so.*
*So ordered.*
*Paul Crotty*
*USDJ 2/21/23]*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Katherine Cheng*
Katherine Cheng
Assistant United States Attorney
Southern District of New York
(212) 637-2492
Katherine.Cheng@usdoj.gov

cc:  Mark Gombiner, Esq. (by ECF)