UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

DONALD PEGUES,
                                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

11CR630(KMK) & 23CR0086(PAC)

Defendant __Donald Pegues__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X__    Initial Appearance Before a Judicial Officer

____    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

____    Conference Before a Judicial Officer

/s/ Donald Pegues (Signed by counsel with defendant's consent)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Donald Pegues
Print Defendant's Name

Howard E Tan [signature]
Defendant's Counsel's Signature

Howard Tanner
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8-21-2023
Date

Judith C. McCarthy [signature]
U.S. District Judge/U.S. Magistrate Judge